

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Chester Arther Hall Jr.,          \* From the 441st District Court
of Midland County,
Trial Court No. CR49744.

Vs. No. 11-19-00401-CR          \* September 3, 2020

The State of Texas,          \* Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Stretcher, J., and Wright, S.C.J.,
sitting by assignment)
(Willson, J., not participating)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court, the order to withdraw funds, and the bill of cost to delete the assessment of the $500 fine and the imposition of court-appointed attorney's fees in the amount of $1,800. As modified, we affirm the judgment of the trial court.